Case 9:25-cv-01351-AMN-DJS     Document 1     Filed 09/29/25     Page 1 of 7

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
SEP 29 2025
AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

LF 028
(Rev. 11/04/2019)

# PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

___Jonathan Rice___     G.d.C# 1000189945
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

___Zohran Mamdani,___
___Mayor of___
___New York___
(Enter above the full name of the defendant(s).)

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

I.  **Previous Lawsuits**

   A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

   Yes ( ✓ )    No (   )

   B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

   Plaintiff(s): ___Jonathan Rice + g.d.C#___
   ___1000189945___

1

Defendant(s): Joshua Jones Warden

2. Court (name the district): Northern District of Georgia, 2211 U.S Courthouse, 75 Ted Turn, Drive S.W., Atlanta, GA, 30303

3. Docket Number: 1:25-CV-04445-WMR-WEJ

4. Name of judge to whom case was assigned: Johnson E. Walker

5. Did the previous case involve the same facts?

   Yes (✓)    No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): did not file Legal paper on time. I'm trying one more time.

7. Approximate date of filing lawsuit: 3-11-2025

8. Approximate date of disposition: 3-11-2025

II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Place of Present Confinement: Hays State Prison

B. Is there a prisoner grievance procedure in this institution?

   Yes (✓)    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

   Yes (✓)    No ( )

D. If your answer is YES:
   1. What steps did you take and what were the results? I turn in many grievance form grievance number # 374703, and I put An kind of grievance Form in trying to be Honest with prison.

2

_____ N/A _____

2. If your answer is NO, explain why not: _____ N/A _____
_____ N/A _____

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: __Jonathan Rice__
G.d.C# 1000189945

Address(es): __Hays State Prison__
P.O. Box 668
Trion, GA, 30753

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): __Zohran Mamdani__

Employed as __"Mayor" of New York City.__

at __Hays State Prison, P.O. Box 668, Trion, GA, 30753__

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

(☑) Federal official (a *Bivens* claim)
(☑) State or local officials (a § 1983 claim) ✓

3

LF 028
Rev. 11/04/2019

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

False imprisonment Claim, Eight Amendment Claim, Habeas Corpus Claim

C. Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows (check all that apply):

( ) Pretrial detainee
( ) Immigration detainee
(✓) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other (explain) _____

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

My Constitutional Right's are being violated, year 2010, Police Report's will show fact's That I Jonathan Rice do not get Arrested, "Hillary Clinton" got Police Report's and "michelle oBama" got Police Report's on I Jonathen Rice, Birthday: 02-15-1990 - SSN# 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, Stated That I dont get Arrested, "year 2010" Atlanta attorney general, That was in office stated to "Local Police's and Paper's that He sent to Local Court House, Jail Address, Clayton County Jail, 9151 Tara Boulevard, Jonesboro, GA, 30236, where my Court appointed attorney" Can Find "Statement's from Judge's" year 2010" and Police Report's "Procedural History of Fact's.

4

LF 028
Rev. 11/04/2019

"My "False imprisonment" Claim, is Being violated and my Freedom. I want to bring to the Court's attention That I got Bad History at "Hays State Prison, deputy warden, Hammock Evans," Still work here at This Prison you Should Find Police Report's on the deputy warden, Hammock Evans, From The year 2013 to year 2014. Statement's That They try to Kill me I Jonathan Rice and Playing will my out-going Legal mail. That I cant Fight for my Freedom Rights. I still Feel That This Prison is Playing with my Legal mail, That it will be hard for me to Fight my "Habeas corpus Claim" deputy warden, Hammock Evans, stated to me one time I will never for get, you Black with to much power. Also Director of national intelligence, "Tulsi gabbard" Should have document's Police Report's on Jonathan Rice,

### VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

False imprisonment Claim. Eight Amendment Claim. "Habeas corpus Claim".

### VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

"I will want the Court's to get my "Court appointed attorney" to File an order for objection's That He or She Court appointed attorney" have I Jonathan Rice, consent. The "False imprisonment Claim, That The "Statute of Limitations" in georgia. do not stop I Jonathan Rice, From geting Release From This Jail or Prison. I want my court appointed attorney" office Phone number, So I can give him or her more information. Paul Fife, Phone number # 617-592-9753. Paul Fife, can give

5

LF 028
Rev. 11/04/2019

court appointed attorney more information to find more facts, I want my attorney to help me file a "Appellant Brief" and a "Summary Judgment" motion. To bring up All statement and facts, year 2010 I Been told the country China is trying to Bomb "United States" if I Jonathan Rice die, "michelle obama" got and know about those statement's, you other fact's from a military U.S. Recruiter office,

Signed this __9__ day of __8__, 20__25__

_____
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Trion__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __9-8-2025__
                 (Date)

_____
Signature of Plaintiff

6

Jonathan Rice
G.d.C# 1000189945



U.S. Court House Clerk
P.O. Box 7367
100 S. Clinton Street
Syracuse, New York 13261

